IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| GREGORY WALKER, #1661270 | § | |
| VS. | § | CIVIL ACTION NO. 6:16cv1265 |
| MAJOR MITCHELE, ET AL. | § | |

## ORDER DENYING INJUNCTIVE RELIEF

The above-styled and numbered civil action was heretofore referred to United States Magistrate Judge K. Nicole Mitchell. The Report and Recommendation (Dkt. #29) of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and no objections having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the court. It is therefore

**ORDERED** that Plaintiff's motion for injunctive relief (Dkt. #26) is **DENIED**.

So **ORDERED** and **SIGNED** this **17** day of **January, 2017.**

_____
Ron Clark, United States District Judge